# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1845
Lower Tribunal No. 2019-CA-012190-O

_____

LAWRENCE P. O'DONNELL and ELIZABETH A. O'DONNELL,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Ryan Fojo, of The Ticktin Law Group, Deerfield Beach, for Appellants.

Adam A. Diaz, and Roy Diaz, of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED